# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:04-CR-167-T-30TGW

MICHAEL EUGENE HARDY
_____/

## **ORDER**

THIS CAUSE comes before the Court on Defendant's Motion Seeking Relief from Final Judgment (Dkt. #115), which this Court is construing as a second motion for relief under 28 U.S.C. §2255. Judgment was entered against Defendant on April 1, 2005. Defendant filed a Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (Dkt. #107) on April 7, 2006. An Order (Dkt. #110) denying said Motion was entered on July 12, 2006. Defendant did not file an appeal with the Eleventh Circuit Court of Appeals regarding the denial.

Pursuant to 28 U.S.C. § § 2255 and 2244(b)(3)(A), as amended by the Antiterrorism and Effective Death Penalty Act of 1996, federal prisoners who want to file a second or successive motion to vacate, set aside, or correct a sentence must move the court of appeals for an order authorizing the district court to consider the second or successive motion. See 28 U.S.C. § 2244(b)(3)(A). A three-judge panel of the court of appeals, § 2244(b)(3)(B), may authorize the filing of a second or successive motion only if it determines that the

motion contains claims which rely on either: (1) newly discovered evidence that, if proven and viewed in the light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable. 28 U.S.C. § 2255. See In re Blackshire, 98 F.3d 1293 (11th Cir. 1996).

Defendant has not fulfilled the requirements of the statutes as set out above.

It is therefore **ORDERED AND ADJUDGED** that Defendant's Motion Seeking Relief from Final Judgment (Dkt. #115), which this Court is construing as a second motion for relief under 28 U.S.C. §2255, is DISMISSED.

**DONE** and **ORDERED** in Tampa, Florida on July 10, 2008.

_James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

F:\Docs\2004\04-cr-167.successive 2255.wpd